DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENIECE JONES,** as Personal Representative of the Estate of
**EDWARD D. JONES,** deceased,
Appellant,

v.

**PALM GARDEN OF WEST PALM BEACH, LLC,**
Appellee.

No. 4D19-260

[October 1, 2020]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 50-2017-CA-005059-XXXX-MB.

Philip M. Burlington and Nichole Johnston Segal of Burlington & Rockenbach, P.A., West Palm Beach, and Sia Baker-Barnes of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, for appellant.

Caryn L. Bellus, Angela C. Flowers and Barbara E. Fox of Kubicki Draper, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***